

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Sara J. Herchenroder**
(212) 790-9214
sjh@cll.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  4/17/18

April 16, 2018

**VIA ECF**

The Honorable Judge Lorna G. Schofield
United States District Court, Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Michael Kors, LLC v. Ye et al.*, No. 18 Civ. 02684 (LGS)

Dear Hon. Judge Schofield:

    We write in connection with the recently-filed matter captioned Michael Kors LLC v. Ye et al.  Our firm has not yet been retained, but has been contacted by Su Yan Ye in connection with this matter and is in the process of reviewing the Complaint and formalizing representation. We write to request an extension of time from April 16, 2018 until May 16, 2018, for Defendant to answer or otherwise move with respect to the Complaint.

    Counsel for Plaintiff has consented to this extension and no prior request for an extension has been made by Defendant.

             Respectfully submitted,

             _____
             Sara J. Herchenroder

cc: All counsel of record (via ECF)

Dated:  April 17, 2018
       New York, New York

**APPLICATION GRANTED**

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

00001/379/2430998