

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Sara J. Herchenroder**
(212) 790-9214
sjh@cll.com

May 8, 2018

**VIA ECF**

The Honorable Judge Lorna G. Schofield
United States District Court, Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Michael Kors, LLC v. Ye et al.*, No. 18 Civ. 02684 (LGS)

Dear Hon. Judge Schofield:

    We write in connection with the above captioned-matter. As explained in our letter dated April 16, 2018, our firm has been contacted by Defendant Su Yan Ye in connection with this matter and is still in the process of formalizing representation. Additionally, the parties have begun to discuss settlement. Therefore, in the interest of judicial economy, we write to request an extension of time from May 16, 2018, until June 15, 2018, for Defendant to answer or otherwise move with respect to the Complaint. One prior request for an extension has been made by Defendant and granted by the Court.

    For the same reasons, we also request that the Initial Conference be adjourned by at least thirty days to a date thereafter that is convenient for the Court. No prior request for an extension has been made concerning the Initial Conference.

    Counsel for Plaintiff has consented to these extensions.

                                                 Respectfully submitted,

                                               Sara J. Herchenroder

cc: All counsel of record (via ECF)

30020/016/2443594