UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

MICHAEL KORS, LLC, a Delaware Limited
Liability Corporation,

                Plaintiff,

       -against-

SU YAN YE, an individual; and DOES 1-10,
inclusive,

                Defendants.

---------------------------------------------------------------- x

Civil Action No. 1:18-cv-02684

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, Eric J. Shimanoff, of Cowan, Liebowitz & Latman, P.C., enters his appearance in the above-captioned matter as counsel for Defendant Su Yan Ye, and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: May 16, 2018

                                        Respectfully submitted,

                                        COWAN, LIEBOWITZ & LATMAN, P.C.

                                        By: /s/ Eric J. Shimanoff
                                               Eric J. Shimanoff
                                        114 West 47th Street
                                        New York, New York 10036
                                        (212) 790-9000

                                        *Attorneys for Defendant Su Yan Ye*