UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

MICHAEL KORS, LLC, a Delaware Limited
Liability Corporation,

                Plaintiff,

    -against-

SU YAN YE, an individual; and DOES 1-10,
inclusive,

                Defendants.
------------------------------------------------------------------ x

Civil Action No. 1:18-cv-02684

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned attorney, Sara J. Herchenroder, of Cowan, Liebowitz & Latman, P.C., enters her appearance in the above-captioned matter as counsel for Defendant Su Yan Ye, and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: May 16, 2018

                Respectfully submitted,

              COWAN, LIEBOWITZ & LATMAN, P.C.

              By: /s/ Sara J. Herchenroder
                      Sara J. Herchenroder
              114 West 47th Street
              New York, New York 10036
              (212) 790-9000

              *Attorneys for Defendant Su Yan Ye*