```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MICHAEL KORS, LLC,                                            :
                                    Plaintiff,                :
                                                              :
              -against-                                       :
                                                              :
SU YAN YE, et al.,                                            :
                                                              :
                                    Defendants.               :
------------------------------------------------------------- :
                                                              X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2018

18 Civ. 2684 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order, dated April 17, 2018 (Dkt. No. 7), required the parties to file a joint letter and a proposed case management by May 16, 2018;

WHEREAS, the parties to file the joint letter and the proposed case management by May 16, 2018; it is hereby

**ORDERED** that by **May 18, 2018**, the parties shall file their joint letter and the proposed case management; it is further

**ORDERED** that the initial pretrial conference, currently scheduled on May 23, 2018, at 11:20 A.M. is adjourned to May 24, 2018, at 11:00 A.M.

Dated: May 17, 2018
       New York, NY

*[Signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**