```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 24, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MICHAEL KORS, LLC,  :
:
:
                   Plaintiff(s),  :     18   Civ. 2684    (LGS)
:
   -against-  :     ORDER OF REFERENCE
:     TO A
SU YAN YE, et al.,  :     MAGISTRATE JUDGE
:
:
                  Defendant(s). :
--------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Katharine H. Parker,
United States Magistrate Judge, for the following purpose(s):

_____  GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

_____  HABEAS CORPUS

_____  GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____  INQUEST AFTER DEFAULT / DAMAGES HEARING

_____  SOCIAL SECURITY

✓  SETTLEMENT

_____  DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____  CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____  SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

_____  CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

_____

_____

_____

_____

_____  JURY SELECTION

SO ORDERED.

Dated: May 24, 2018
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.