```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL KORS, L.L.C.,

                               Plaintiff,

       -against-

SU YAN YE and DOES 1-10,

                               Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**1:18-CV-2684 (LGS)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (Doc. No. 19).  A telephone conference will be held on **Wednesday, June 20, 2018 at 3:30 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.  Please dial 212-805-0234.

       **SO ORDERED.**

Dated: May 25, 2018
       New York, New York

                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge