```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED: 06/21/2018          │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL KORS, L.L.C.,

                             Plaintiff,

             -against-

SU YAN YE and DOES 1-10,

                           Defendants.

------------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**1:18-CV-2684 (LGS)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Tuesday, October 2, 2018 at 10:00 a.m**. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **Tuesday, September 25, 2018 by 5:00 p.m.**

      **SO ORDERED.**

Dated: June 21, 2018
      New York, New York

KATHARINE H. PARKER
United States Magistrate Judge