

1334 Parkview Avenue, Suite 280 Manhattan Beach, California 90266
www.BlakelyLawGroup.com  T_323-464-7400  F_323-464-7410

bblakely@blakelylawgroup.com

July 13, 2018

**VIA ECF**
Judge Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 1106
New York, New York 10007

    Re:   *Michael Kors, L.L.C. v. Su Yan Ye*;
           Case No. 1:18-cv-02684-LGS

Hon. Judge Schofield,

    Pursuant to this Court's Scheduling Order and Individual Rule IV.A2, Plaintiff Michael Kors, L.L.C. ("Michael Kors" or "Plaintiff") and Defendant Su Yan Ye ("Defendant") (hereinafter collectively, the "Parties") hereby submit the following joint status letter regarding above-referenced matter.

**(1)**     **Discovery**

    To date, the following discovery has taken place between the parties:

(i)     On June 7, 2018, Defendant served her Initial Disclosures.
(ii)    On June 11, 2018, Michael Kors served its Initial Disclosures, First Set of Requests for Admission, and First Set of Requests for Production of Documents. Defendant's responses are due on Monday, July 16, 2018.
(iii)   On June 21, 2018, Michael Kors served its first volume of document production, which corresponds with its initial disclosures. Said production consisted of 479 pages of documents.
(iv)   On July 13, 2018, Defendant served its First set of Requests for Admission, First Set of Requests for Document and First Set of Interrogatories. Michael Kors' responses are due August 15, 2018.

**(2)**     **Procedural History**

    To date, the following pleadings have been filed:

July 13, 2018
Page 2

    (i)     On March 26, 2018, Michael Kors filed its Complaint against Defendant.
    (ii)    On June 15, 2018, Defendant filed its Answer to the Complaint.

The Parties have yet to file any motions in the present action. As such, there are no motions currently pending with the Court.

**(3)**    **Plans to Comply with Discovery Deadlines**

The Fact Discovery Deadline for this matter has been set for September 20, 2018.

Soon after receipt of Defendant's responses to the First Set of Requests for Admission and First Set of Requests for Production of Documents, Michael Kors intends to work with Defendant to schedule her deposition. Further, depending on the content of the responses, Michael Kors may serve follow-up discovery. At this point, Michael Kors is confident that it will finish discovery in advance of the Discovery Deadline.

Soon after receipt of Michael Kors' responses to Defendant's First set of Requests for Admission, First Set of Requests for Document and First Set of Interrogatories, Defendant intends to work with Michael Kors to schedule a deposition of one or more corporate representatives.  Further, depending on the content of the responses, Defendant may serve follow-up discovery. At this point, Defendant is confident that it will finish discovery in advance of the Discovery Deadline.

**[CONTINUED ON NEXT PAGE]**

**(4)  Settlement**

On May 26, 2018, the Court referred the case to Hon. Magistrate Judge Katharine H. Parker for settlement. Counsel for the parties participated in a pre-settlement conference telephone call with Hon. Magistrate Judge Parker on June 20, 2018. The earliest date all parties and Hon. Magistrate Judge Parker were available for a settlement conference is October 2, 2018 and the settlement conference has been scheduled for this date. The parties note that this date is after the September 20, 2018 fact discovery deadline. The parties have also engaged in informal settlement disclosures and discussions but have not yet reached any agreement. The parties intend to continue their informal efforts to resolve the case.

Respectfully Submitted,

Counsel for the Parties:

| | |
|---|---|
| */s/ Brent H. Blakely* | */s/ Eric J. Shimanoff* |
| Brent H. Blakely | Eric J. Shimanoff (ejs@cll.com) |
| (bblakely@blakelylawgroup.com) | Sara J. Herchenroder (sjh@cll.com) |
| BLAKELY LAW GROUP | Cowan, Liebowitz & Latman, P.C. |
| 1334 Parkview Avenue, Suite 280 | 114 West 47th Street |
| Manhattan Beach, CA 90266 | New York, New York 10036 |
| Telephone: (310) 546-7400 | Telephone: (212) 790-9200 |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant Su Yan Ye*** |
| ***Michael Kors, L.L.C.*** | |