USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL KORS, L.L.C.,

                              Plaintiff,

         -against-

SU YAN YE and DOES 1-10,

                              Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**1:18-CV-2684 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephone conference in this matter is hereby scheduled for **Monday, September 17, 2018 at 9:45 a.m.**  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.  Please dial 212-805-0234.

      SO ORDERED.

Dated: September 11, 2018
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge