UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

MICHAEL KORS, L.L.C., a Delaware Limited Liability Corporation,

                Plaintiff,

  -against-

SU YAN YE, an individual; and DOES 1-10, inclusive,

                Defendants.

---------------------------------------------------------------- x

No. 18 Civ. 02684 (KHP)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed declaration of Eric J. Shimanoff, Esq., the undersigned attorney, hereby moves pursuant to Local Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York at a time and date to be set by the Court for an order permitting Sara Jean Herchenroder to withdraw as the attorney for the Defendant SU YAN YE in this action and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6, and the Court's individual practice rules, oral argument will be heard only if so directed by the Court.

Dated: New York, New York
       September 17, 2018

                              COWAN, LIEBOWITZ & LATMAN, P.C.

                        By    /s/ Eric J. Shimanoff_____
                               Eric J. Shimanoff (ejs@cll.com)
                               114 W 47th Street
                               New York, New York 10036-1525
                               (212) 790-9200

To:

    Brent H. Blakely, Esq.
    (via ECF)