UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
MICHAEL KORS, L.L.C., a Delaware Limited
Liability Corporation,

                Plaintiff,

  -against-

SU YAN YE, an individual; and DOES 1-10, inclusive,

                Defendants.
---------------------------------------------------------------- x

No. 18 Civ. 02684 (KHP)

DECLARATION OF ERIC J. SHIMANOFF

ERIC J. SHIMANOFF, hereby declares under penalty of perjury that:

1.     I am a partner in the law firm of Cowan, Liebowitz & Latman, P.C., the attorneys for the Defendant Su Yan Ye ("Defendant") in the above action. I submit this declaration in support of this firm's motion to withdraw Sara Jean Herchenroder as the attorney for Defendant pursuant to Local Civil Rule 1.4.

2.     On August 24, 2018, Sara Jean Herchenroder ended her employment at the law firm of Cowan, Liebowitz & Latman, P.C..

3.     We therefore request that the Court enter an order permitting Sara Jean Herchenroder to withdraw as attorney.

Dated: New York, New York
         September 17, 2018

                                    /s/ Eric J. Shimanoff
                                  ERIC J. SHIMANOFF