USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL KORS, L.L.C.,

                                    Plaintiff,

        -against-

SU YAN YE and DOES 1-10,

                                    Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING
TELEPHONE CONFERENCE**

**1:18-CV-2684 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephone conference in this matter is hereby scheduled for **Friday, September 21, 2018 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.  Please dial 212-805-0234.

    SO ORDERED.

Dated: September 18, 2018
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge