

1334 PARKVIEW AVENUE, SUITE 280 MANHATTAN BEACH, CALIFORNIA 90266
WWW.BLAKELYLAWGROUP.COM  T_323-464-7400  F_323-464-7410

bblakely@blakelylawgroup.com

September 20, 2018

**VIA ECF**
Hon. Katherine H. Parker
United States Courthouse
500 Pearl St.
Courtroom 17D
New York, New York 10007-1312

    Re:   *Michael Kors, L.L.C. v. Su Yan Ye*;
           Case No. 1:18-cv-02684-KHP

Dear Judge Parker,

    Plaintiff Michael Kors, L.L.C. ("Plaintiff"), and Defendant Su Yan Ye ("Defendant"), by and through their counsel of record, hereby stipulate and request that the dates and deadlines set for this action by the Civil Case Management Plan and Scheduling Order (Docket No. 20) be continued as proposed below.

    This request is made on the grounds that the parties believe that a short continuance of the current dates and deadlines will allow them to spend their time and resources on settlement, rather than motion practice. To date, Plaintiff has previously requested a continuance of the initial scheduling conference due to a conflict, and the Court granted same. The parties have not requested changes to any other dates in this action.

    Based on the foregoing, it is hereby stipulated, subject to approval by this Court, that the dates in the Scheduling Order shall be modified as follows:

| Deadline Description | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cut-Off | September 20, 2018 | December 20, 2018 |
| Last Day to Serve Deposition Notices | September 20, 2018 | December 20, 2018 |
| Expert Discovery Cut-Off | November 2, 2018 | February 1, 2019 |

September 20, 2018
Page 2

| Last Day to Advise Court of Settlement Status | October 4, 2018 | January 5, 2019 |
|---|---|---|
| Case Management Conference | November 22, 2018 | February 22, 2019 |

Respectfully Submitted,

Counsel for the Parties:

/s/ Brent H. Blakely
Brent H. Blakely
(bblakely@blakelylawgroup.com)
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, CA 90266
Telephone: (310) 546-7400
*Attorneys for Plaintiff*
*Michael Kors, L.L.C.*

/s/ Eric J. Shimanoff
Eric J. Shimanoff (ejs@cll.com)
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, New York 10036
Telephone: (212) 790-9200
*Attorneys for Defendant Su Yan Ye*