```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MICHAEL KORS, L.L.C.,

                              Plaintiff,

      -against-

SU YAN YE and DOES 1-10,

                              Defendants.

----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

1:18-CV-2684 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A case management conference in this matter is scheduled for **Monday, November 26, 2018 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

Dated: October 2, 2018
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge