USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL KORS, L.L.C.      Plaintiff,

-against-

SU YAN YE      Defendant.

1:18 cv 2684 ( KHP )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of _____Jessica C. Covington_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _____California_____; and that his/her contact information is as follows (please print):

Applicant's Name: Jessica C. Covington

Firm Name: Blakely Law Group

Address: 1334 Parkview Avenue, Suite 280

City / State / Zip: Manhattan Beach, CA 90266

Telephone / Fax: 310-546-7400

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _____Michael Kors, L.L.C._____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/15/2018

*Katharine H Parker*

United States District / Magistrate Judge