

**BLAKELY Law Group**

1334 PARKVIEW AVENUE, SUITE 280 MANHATTAN BEACH, CALIFORNIA 90266
WWW.BLAKELYLAWGROUP.COM  T_323-464-7400  F_323-464-7410

bblakely@blakelylawgroup.com

October 29, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2018

**VIA ECF**
Hon. Katherine H. Parker
United States Courthouse
500 Pearl St.
Courtroom 17D
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   *Michael Kors, L.L.C. v. Su Yan Ye*;
      Case No. 1:18-cv-02684-KHP

Dear Judge Parker,

   Plaintiff Michael Kors, L.L.C. ("Michael Kors" or "Plaintiff"), by and through its counsel of record, hereby requests an order granting leave to appear telephonically at the Case Management Conference currently scheduled to take place in the above-referenced matter on November 26, 2018 at 10:00 a.m.

   Counsel for Michael Kors is based in Manhattan Beach, California, and has a hearing for a separate matter, *Stephanie Clifford aka Stormy Daniels v. Keith M. Davidson and Michael Cohen*; Case No. SC129384, scheduled for November 27, 2018 in Santa Monica, California. Travelling to New York for the Case Management Conference as scheduled, and travelling back to California in order to make both hearings will be very difficult, if not impossible for Michael Kors's counsel.

   Based on the foregoing, Michael Kors respectfully requests that this Court issue an order allowing Michael Kors's counsel to appear at the November 26, 2018 Case Management Conference by telephone.

---

The Case Management Conference that is scheduled for Monday, November 26, 2018 at 10:00 a.m Eastern Time is hereby converted to a telephone conference. Counsel for the parties are directed to call Judge Parker's Chambers on Monday, November 26, 2018 at 10:00 a.m. Eastern Time with counsel for all parties on the line. Please dial 212-805-0234.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
10/30/2018

---

Respectfully Submitted,

Brent H. Blakely