USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL KORS, L.L.C.,

                                    Plaintiff,                                    **ORDER**

                    -against-                                                **1:18-CV-2684 (KHP)**

SU YAN YE and DOES 1-10,

                                    Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The case management conference in this matter scheduled for **February 26, 2019 at 9:45 a.m. Eastern Time** is hereby converted to a telephone conference.  Counsel for the parties are directed to call Judge Parker's Chambers (212-805-0234) at the scheduled time with counsel for all parties on the line.

The parties' deadline to complete all fact discovery in this matter is hereby extended to **January 22, 2019**, and the parties' deadline to complete all expert discovery in this matter is hereby extended to **March 15, 2019**.

          **SO ORDERED.**

Dated: November 26, 2018
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge