

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Eric J. Shimanoff**
Attorney
(212) 790-9226
ejs@cll.com

January 7, 2019

**By ECF**

Hon. Katherine H. Parker
United States Magistrate Judge – S.D.N.Y.
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY  10007

Re:   *Michael Kors v. Su Yan Ye, et al*. - 18 Civ. 02684 (KHP)

Dear Hon Judge Parker:

We represent Defendant Su Yan Ye in the above-referenced action.  Pursuant to the Court's September 24, 2018 Order (Dkt.#32), we write on behalf of all parties to advise the Court as to the status of settlement discussions in this matter.  The parties have not reached a settlement but anticipate continuing their discussions.

Respectfully submitted,

s/ Eric J. Shimanoff

cc:  All Counsel of Record (via ECF)

27162/000/2563486