# EXHIBIT C

Eric J. Shimanoff (ejs@cll.com)
Sara J. Herchenroder (sjh@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY  10036
(212) 790-9200

*Attorneys For Defendant Su Yan Ye*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MICHAEL KORS, L.L.C., a Delaware Limited Liability Corporation,

                Plaintiff,

  -against-

SU YAN YE, an individual; and DOES 1-10, inclusive,

                Defendants.
---------------------------------------------------------------- x

No. 18 Civ. 02684 (LGS)

## **DEFENDANT'S FIRST SET REQUESTS FOR ADMISSION TO PLAINTIFF**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant Su Yan Ye ("Ms. Ye" or "Defendant") hereby serves its first set of requests for admission on Plaintiff Michael Kors L.L.C. ("Michael Kors" or "Plaintiff").  Responses must be served on Plaintiff's counsel within thirty (30) days of the date of these interrogatories.

### **DEFINITIONS AND INSTRUCTIONS**

Defendant hereby incorporates by reference the definitions and instructions set forth in Defendant's First Set of Document Requests to Plaintiff.

### **REQUESTS FOR ADMISSION**

1.    Admit that Defendant's Trade Mark is not identical to the MK Common Law Trademark

2. Admit that the trade dress on the Accused Products is not identical to the MK Trade Dress.

3. Admit that the customers for the Accused Products and Plaintiff's goods sold on or in connection with the MK Common Law Trademark and the MK Trade Dress are not identical.

4. Admit that the intended customers for the Accused Products and Plaintiff's goods sold on or in connection with the MK Common Law Trademark and the MK Trade Dress are not identical.

5. Admit that Plaintiff is unaware of any instances of actual confusion between the MK Common Law Trademark or the MK Trade Dress, on the one hand, and Defendant's Trademarks or the Accused Products, on the other hand.

6. Admit that Defendant is the owner of USPTO registrations for Defendant's Trade Mark.

7. Admit that Plaintiff did not oppose Defendant's Trade Mark prior to registration with the USPTO.

8. Admit that Plaintiff's goods sold on or in connection with the MK Common Law Trademark and the MK Trade Dress are not marketed in the same channels of trade as the Accused Products.

9. Admit that Plaintiff's goods sold on or in connection with the MK Common Law Trademark and the MK Trade Dress are not advertised in the same channels as the Accused Products.

10. Admit that Plaintiff's goods sold on or in connection with the MK Common Law Trademark and the MK Trade Dress are not advertised in the same channels as the Accused Products.

11. Admit that Plaintiff does not have federal registrations with the USPTO for the MK Common Law Trademark and the MK Trade Dress.

12. Admit that Plaintiff does not have any state registrations for the MK Common Law Trademark and the MK Trade Dress.

13. Admit that Plaintiff is precluded by agreement with a third party from registering with the USPTO or any state the MK Common Law Trademark and the MK Trade Dress.

14. Admit that the MK Common Law Trademark and the MK Trade Dress are not presumptively valid.

Dated: New York, New York
       July 13, 2018

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Eric J. Shimanoff (ejs@cll.com)
Sara J. Herchenroder (sjh@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, New York 10036-1525
(212) 790-9200

*Attorneys for Defendant Su Yan Ye*

27162/000/2475398

## CERTIFICATE OF SERVICE

    I hereby certify that on July 13, 2018, I caused the foregoing DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF to be served by first class mail and email upon counsel for Plaintiff as follows:

BLAKELY LAW GROUP
Brent H. Blakely
bblakely@blakelylawgroup.com
Jessica C. Covington
jcovington@blakelylawgroup.com
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266

                                     Eric J. Shimanoff